# EXHIBIT 2





PHILADELPHIA CHEESECAKE
ON THE BOTTOM

BUTTERY GRAHAM
CRUMBLE ON TOP

14 SEP 2025 13:40

## Nutrition Facts

2 servings per container

Serving size 1 dessert (93.5g)

**Calories** per serving **310**

| Amount/serving | % DV | Amount/serving | % DV |
|---|---|---|---|
| **Total Fat** 20g | **26%** | **Total Carb.** 25g | **9%** |
| Sat. Fat 13g | **64%** | Dietary Fiber <1g | **2%** |
| Trans Fat 1g | | Total Sugars 18g | |
| **Cholesterol** 65mg | **21%** | Incl. 16g Added Sugars | **32%** |
| **Sodium** 310mg | **14%** | **Protein** 5g | |

Vitamin D 0% • Calcium 4% • Iron 0% • Potassium 0%

**INGREDIENTS:** CHEESECAKE BASE (PASTEURIZED MILK AND CREAM, SUGAR, MODIFIED FOOD STARCH, WATER, SALT, CAROB BEAN GUM, CHEESE POWDER [CULTURED MILK, SALT, ENZYMES], WHEY, XANTHAN GUM, NATURAL FLAVOR, BUTTER [CREAM], LACTIC ACID, BUTTERMILK, CORN SYRUP SOLIDS, NONFAT MILK, COLOR ADDED, NATAMYCIN [A NATURAL MOLD INHIBITOR], CHEESE CULTURE), GRAHAM CRUMBLE (WHEAT FLOUR, SUGAR, GRAHAM FLOUR, BUTTER [CREAM, SALT], MOLASSES, CORN SYRUP, NATURAL FLAVOR, SODIUM BICARBONATE, SALT). **CONTAINS: MILK, WHEAT.**

DISTRIBUTED BY KRAFT HEINZ FOODS COMPANY, CHICAGO, IL 60601    040500035563500

smartlabel®
Scan For Info.

DO NOT FREEZE. KEEP REFRIGERATED
BEST IF USED BY DATE SHOWN ON CUP
Patents: www.kraftheinz.com/patents

**Kraft Heinz**
creamcheese.com
1-800-634-1984

0   219230   7





## Nutrition Facts

2 servings per container

**Serving size** 1 dessert (93.5g)

**Calories** per serving **260**

| Amount/serving | | % DV | Amount/serving | | % DV |
|---|---|---|---|---|---|
| **Total Fat** 15g | | **20%** | **Total Carb.** 26g | | **10%** |
| Sat. Fat 10g | | **48%** | Fiber <1g | | **2%** |
| Trans Fat 0.5g | | | Total Sugars 19g | | |
| **Cholesterol** 50mg | | **16%** | Incl. 17g Added Sugars | | **34%** |
| **Sodium** 240mg | | **11%** | **Protein** 4g | | |

Vitamin D 0% • Calcium 4% • Iron 0% • Potassium 0%

**INGREDIENTS:** CHEESECAKE BASE (PASTEURIZED MILK AND CREAM, SUGAR, MODIFIED FOOD STARCH, WATER, SALT, CAROB BEAN GUM, CHEESE POWDER [CULTURED MILK, SALT, ENZYMES], WHEY, XANTHAN GUM, NATURAL FLAVOR, BUTTER [CREAM], LACTIC ACID, BUTTERMILK, CORN SYRUP SOLIDS, NONFAT MILK, COLOR ADDED, NATAMYCIN [A NATURAL MOLD INHIBITOR], CHEESE CULTURE), STRAWBERRY SAUCE (STRAWBERRIES, WATER, CANE SUGAR, MODIFIED CORN STARCH, NATURAL FLAVOR, CAROB BEAN GUM, VEGETABLE JUICE CONCENTRATE [COLOR], LEMON JUICE CONCENTRATE, SALT, NATAMYCIN [A NATURAL MOLD INHIBITOR]), GRAHAM CRUMBLE (WHEAT FLOUR, SUGAR, GRAHAM FLOUR, BUTTER [CREAM, SALT], MOLASSES, CORN SYRUP, NATURAL FLAVOR, SODIUM BICARBONATE, SALT).
**CONTAINS: MILK, WHEAT.**
DISTRIBUTED BY KRAFT HEINZ FOODS COMPANY, CHICAGO, IL 60601    04050035563700

smartlabel®
Scan For Info.

DO NOT FREEZE, KEEP REFRIGERATED
BEST IF USED BY DATE SHOWN ON CUP
Patents: www.kraftheinz.com/patents
Kraft*Heinz*
creamcheese.com
1-800-634-1984

0  219250  1

STRAWBERRY SAUCE ON THE BOTTOM    PHILADELPHIA CHEESECAKE IN THE MIDDLE    BUTTERY GRAHAM CRUMBLE ON TOP

22 SEP 2025 16:31
XMM U02